FILED: March 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1012
(16-0161-BLA)

FELICIA A. MUNCY, survivor of Andrew J. Shulock (deceased),

        Petitioner,

   v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

        Respondent.

O R D E R

    Felicia A. Muncy petitions for review of the Benefits Review Board's (BRB) decision and order affirming in part and vacating and remanding in part the Administrative Law Judge's denial of survivor's benefits under the Black Lung Benefits Act, 30 U.S.C. §§ 901-944 (2012). The Director has moved to dismiss the petition for review as interlocutory. Muncy opposes the motion.

    We may exercise jurisdiction only over final orders of the BRB. 33 U.S.C. § 921(c) (2012); see 30 U.S.C. § 932(a) (applying § 921(c) to claims under Black Lung Benefits Act). Upon review of the submissions relative to the Director's motion to dismiss, we

conclude that the BRB's order is not final. See <u>Eggers v. Clinchfield Coal Co.</u>, 11 F.3d 35, 38 (4th Cir. 1993). The order is also not reviewable under the collateral order exception to the final judgment rule. See <u>Coopers & Lybrand v. Livesay</u>, 437 U.S. 463, 468 (1978). Accordingly, we deny Muncy leave to proceed in forma pauperis, grant the Director's motion, and dismiss the petition for review for lack of jurisdiction.

    Entered at the direction of the panel: Judge Floyd, Judge Harris, and Senior Judge Davis.

                                               For the Court

                                        /s/ Patricia S. Connor, Clerk